UNITED STATES DISTRICT COUT DISTRICT
OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Mag. No.: 21-13416 |
| vs. : | **ORDER PERMITTING TRAVEL** |
| SEBASTIAN ULANGA : | |

**THIS MATTER** having come before the Court on the application of defendant Sebastian Ulanga (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by Randolph Kendall, Assistant United States Attorney) having no objection to the entry of the Order; and United States Pretrial Services (by Shannon Hull, U.S. Pretrial Services Officer) having no objection to the entry of the Order; and for good cause shown;

**IT IS** on this 11 day of September 2023, **HEREBY ORDERED:**

1. Defendant is permitted to travel domestically to Tampa, Florida from September 17th to October 3rd to visit with his parents.

2. All other conditions previously set by the Court remain in full force and effect.

_____
Hon. Lena Dunn Wettre, U.S.D.J.